UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ARTHUR RAY ROBINSON | CIVIL ACTION NO. 5:16-CV-678 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JERRY GOODWIN | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. § 2244(d).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 26th day of September, 2016.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE